**Bruce W. Brewer**, OSB No. 925581
brucebrewerusdccases@gmail.com
419 5th Street
Oregon City, OR 97045
Phone: 503-722-8833
Fax:  503-656-8481
Attorney for plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **CHRISTINA MYERS,** | Case No.  3:12-cv-00666-ST |
| Plaintiff, | |
| | ORDER (EAJA FEES) |
| vs. | |
| **COMMISSIONER,** of Social Security Administration, Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the

Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $4,207.74 is

awarded to Plaintiff.  It is ordered that the aforementioned attorney fee will be paid to Plaintiff's

attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against

the awarded fees, pursuant to the Treasury Offset Program as discussed in Astrue v. Ratliff, 130

S.Ct. 2521 (2010).  If Plaintiff has no such debt, then the check shall be made payable to

Plaintiff's attorney, Bruce  Brewer, and mailed to Plaintiff's attorney's mailing address at

1 - ORDER FOR EAJA FEES

PO Box 421, West Linn, OR 97068. If Plaintiff has such debt, then the check for any remaining

funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's

mailing address stated above. There are no costs or expenses to be paid herein.


DATED this ___11th___ day of ___July_____, 2013.

_____

United States District Judge/Magistrate

Submitted by:

Bruce W. Brewer, OSB No. 925581
503-722-8833, Attorney for Plaintiff

2 - ORDER FOR EAJA FEES