IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CHRISTINA MYERS,**                              3:12-cv-00666-ST

    **Plaintiff,**                               ORDER

v.

**CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,**

    **Defendant.**

**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#31) on October 24, 2014, in which she recommends this Court grant Plaintiff's Unopposed Motion (#29) for Attorneys' Fees Pursuant to 42 U.S.C. § 406(b). This matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its

1 - ORDER

obligation to review the record *de novo*.  *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  Having reviewed the legal principles de novo, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#31).  Accordingly, the Court **GRANTS** Plaintiff's Unopposed Motion (#29) for Attorneys' Fees Pursuant to 42 U.S.C. § 406(b).  Defendant shall pay attorneys' fees in the amount of **$8,001.51**.  Defendant shall make the payment payable to Plaintiff's attorney and mail the check to Plaintiff's attorney's office.

IT IS SO ORDERED.

DATED this 20th day of November, 2014.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER